No. 460. ALEXANDER D. SHAW ET AL., PETITIONERS, v. THE UNITED STATES. October 29, 1906. Petition for a writ

of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Edward S Hatch* for petitioners. *The Attorney General* and *The Solicitor General* for respondent.